IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

01 JUL 17 PM 1: 53

JAMES E. BAGLEY, )
)
      Petitioner, )
)
vs )  CIVIL ACTION NO. 01-H-0708-E
)
THE DISTRICT COURT OF CALHOUN )
COUNTY and JUDGE GUS COLVIN, )
)
      Respondent(s). )

**ENTERED**

JUL 17 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. Although the petitioner did not file objections to the report and recommendation, he filed two documents that appear to be motions to amend his petition. In the first document, filed June 12, 2001, Bagley states:

> I the plaintiff James Edward Bagley pro se amend to are [sic] additonal [sic] finding of fact under Rule 52(b) Alabama Rule of Court request for Motion are [sic] Discovery under Rule 261(A) A.D. doing 5-14-2001. [sic]

Attached to the document are copies of various pleadings filed in various state court cases involving the petitioner. In the second document, filed June 15, 2001, Bagley apparently seeks to amend his petition to challenge a conviction he received on June 8, 2001, in the Calhoun County District Court. Because the report and recommendation has already been entered in this case, it is too late for the petitioner to amend the petition in this action to add

new evidence. Additionally, the petitioner may not amend a pending habeas corpus petition to add claims attacking a new conviction that was not challenged in the original petition. The motions to amend are DENIED.

The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to completely exhaust his state court remedies. An appropriate order will be entered.

DONE this 17th day of July, 2001.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE